JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL VELAZQUEZ, </br></br> Plaintiff, </br></br> v. </br></br> ANDREW SAUL, Commissioner of Social Security, </br></br> Defendant. | Case No. 2:19-cv-09000-KS </br></br> [PROPOSED] **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 17, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-